UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ANWER SHAHBAZ

Case No. 13 CR 744-3

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ DENIED
☐ GRANTED

☐ The defendant's previously imposed sentence of imprisonment of _____ is reduced to _____.

☐ The sentence is reduced to Time Served.

If the defendant's sentence is reduced to Time Served:

☐ This order is stayed for up to fourteen days, for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made,

and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended; or

☐ There being a verified residence and an appropriate release plan in place, this order is stayed for up to fourteen days to make appropriate travel arrangements and to ensure the defendant's safe release. The defendant shall be released as soon as appropriate travel arrangements are made and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, then the parties shall immediately notify the court and show cause why the stay should be extended.

☐ The defendant must provide the defendant's complete residence address to the probation office in the district to which the defendant is released.

☐ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term" of ☐ probation or ☐ supervised release of ___ months (not to exceed the unserved portion of the original term of imprisonment).

☐ The defendant's previously imposed conditions of supervised release apply to the "special term" of supervision; or

☐ The conditions of the "special term" of supervision are as follows:

Click or tap here to enter text.

☐ The defendant's previously imposed conditions of supervised release are unchanged.

☐ The defendant's previously imposed conditions of supervised release are modified as follows:

Click or tap here to enter text.

☒ Additional grounds for the order:

In November 2017, the court sentenced Defendant to a 135-month prison term for playing a major role in a longstanding, large-scale cocaine trafficking conspiracy and for possessing a firearm in furtherance of a drug trafficking offense. The sentence resulted from a binding plea agreement under Criminal Rule 11(c)(1)(C), and was below the otherwise applicable 180-month minimum under USSG 5K1.1. His projected release date is May 3, 2027. Defendant moves for compassionate release. Although Defendant has exhausted his administrative remedies, his motion is denied for two reasons. First, the grounds his presents for early release (the risks posed by COVID-19, and his child's medical condition) are not extraordinary and compelling. The risks posed by COVID-19 do not qualify because Defendant can be and has been fully vaccinated. See United States v. Kurzynowski, 17 F.4th 756 (7th Cir. 2021); United States v. Broadfield, 5 F.4th 801 (7th Cir. 2021). Nor does Defendant's son's medical condition qualify as an extraordinary and compelling ground for release, as Defendant's wife remains able to care for their son and Defendant provides no records regarding his condition. Second, even if Defendant had presented an extraordinary and compelling reason for release, granting him early release at this juncture still would be greatly inconsistent with the factors set forth in 18 U.S.C. 3553(a), as it would fail to account for the seriousness of his offenses and the need to protect the public from further crimes by him.

IT IS SO ORDERED.

Dated: 8/8/2022

UNITED STATES DISTRICT JUDGE